Congregation Biker Cholem Linas Halalu, a Religious Corporation, Plaintiff, v. First Chirower Congregation, a Religious Corporation, Defendant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Jeannie L. Conklin, Plaintiff, v. Henry Conklin, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Eighth Ward Bank of Brooklyn, Respondent, v. James McLaughlin and Charles F. McLaughlin, as Executors, etc., of John McLaughlin, Deceased, Appellants.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Isaac Krasnow, Appellant, v. The Singer Manufacturing Company, Respondent.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Deeb Lutfy, Appellant, v. Shakir Nassar and Others, Respondents.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

George Schneck, Respondent, v. Lena Danziger, Appellant.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Kate Ward, as Administratrix, etc., of Morris Ward, Deceased, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion granted and case set down for reargument on January 8, 1907. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Michael Bingham, Respondent, v. Thompson-Starrett Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.

Walter Brady, Appellant, v. Newtown Creek Towing Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Woodward, Jenks, Hooker, Rich and Miller, JJ.

George L. Gehrig, Appellant, v. Henry F. Thompson, Respondent.— Appeal from the judgment of the Municipal Court dismissed, with costs, on the ground that no return has been filed, indorsed as required by sections 317 and 318 of the Municipal Court Act.* Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Richard Hassard, Respondent, v. Jennie Dole and Frank A. Dole, Defendants, Impleaded with James P. Davenport, as Receiver of the Property of Frank A. Dole in Proceedings Supplementary to Execution, and William C. Carroll, as Trustee in Bankruptcy of the Estate of Frank A. Dole, Appellants.— Interlocutory and final judgments modified by striking out the provisions awarding costs personally against the appellants Davenport and Carroll, and as modified affirmed, without costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Edward A. Jenks, Appellant, v. William Beard and Jeremiah R. Beard, Trustees under the Last Will and Testament of William Beard, Deceased, Respondents.— Order modified by inserting a provision requiring the defendants, as a condition of the granting of the new trial, to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within twenty days from the entry of this order; and as modified affirmed, with costs; otherwise order reversed and judgment directed on the verdict, with costs. No opinion. Woodward, Gaynor and Miller, JJ., concurred; Hirschberg, P. J., and Rich, J., voted to reverse the order and reinstate the verdict.

Kings County Lighting Company, Respondent, v. The City of New York, Appellant. (Actions 1 and 2.) — Judgments unanimously affirmed, with one bill of costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.

Susie A. Lythgoe, Appellant, v. Peter Lythgoe, Respondent.— Judgment affirmed, without costs. No opinion. Hirschberg, P. J., Jenks, Rich and Miller, JJ., concurred.

Michael Power, as Trustee for Certain Creditors of Garret M. Taylor, Appellant, v. P. Anthony Brock, Individually and as Trustee for Phillip Semmer Glass

---

* Laws of 1902, chap. 580.— [REP.